

# THE ATTORNEY GENERAL

## OF TEXAS

CRAWFORD C. MARTIN
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

March 11, 1968

Lt. Col. Harry B. Kelton
Director, Texas National
 Guard Armory Board
West Austin Station
Austin, Texas   78703

Opinion No. M-210

Re:  Membership of the
    Texas National Guard
    Armory Board after
    change of commanding
    officers of units of
    the Texas National

Dear Lt. Col. Kelton:

    Guard.

     Your request for an opinion on the above sub-
ject matter poses the following questions:

     "Is there a vacancy created by re-
organization of military units other
than where a member is unable to serve
because of the above described induc-
tion into federal service and 'there-
after the military successor in func-
tion of the Texas National Guard
shall qualify as a member of the
board?'

     "If there is no vacancy, can the
Secretary of State legally accept the
constitutional oath of office of such
officers certified in addition to the
three incumbent members certified
July 11, 1967?

     "Was it intended that Attorney
General's Opinion M-204 resolve only
the question of legal succession in
the event a vacancy were to occur as
provided in Article 5931-1, T.R.C.S.,
Acts of the 60th Legislature, Regular
Session?"

     You state in your request that Major General
Everett S. Simpson, Brigadier General Kelly Arnold and
Colonel Charles A. Francis were certified to the Secre-
tary of State on July 11, 1965.  On February 28, 1968,

- 1008 -

the Adjutant General certified to the Secretary of State the following for membership on the Texas National Guard Armory Board - Brigadier General D. A. Thompson, Commanding General, 72nd Infantry Brigade, and Colonel Lewis E. Bracy, Jr., Executive Officer, 71st Infantry Brigade, and further certified that Colonel Charles A. Francis, highest ranking officer of the Texas Air National Guard, will continue to serve on the Texas National Guard Armory Board.

This certificate by the Adjutant General of Texas was made as a result of reorganization of units of the Texas National Guard. As a result of the reorganization, the 71st Infantry Brigade is the successor to the 36th Infantry Division, Texas National Guard, and the 72nd Infantry Brigade is the successor to the 49th Armored Division, Texas National Guard. Article 5931-1, Vernon's Civil Statutes, provides in part:

"There is hereby created the Texas National Guard Armory Board to be composed of the Commanding General of the 36th Infantry Division, Texas National Guard, the Commanding General of the 49th Armored Division, Texas National Guard, and the Chief of Staff for Air, Texas Air National Guard. The board shall be composed of three members and the term of office for members of the Texas National Guard Armory Board shall be of six years' duration except that in the event of a vacancy, the person qualifying for the position shall complete the unexpired term of his predecessor. . . ."

It was held in Attorney General's Opinion M-204 that:

"Under the present reorganization of military units in Texas, the Texas National Guard Armory Board is to be composed of the Commanding Generals of the 71st Infantry Brigade (Airborne) and the 72nd Infantry Brigade (Mechanized), successors to the 36th Infantry Division and 49th Armored Division and the Chief of Staff for Air, Texas Air National Guard. Since the Commanding

General of the 71st Infantry Bri-
gade (Airborne) is ineligible to
serve as a member of the Texas Na-
tional Guard Armory Board by reason
of holding the office of District
Attorney of Travis County, Texas,
the next senior officer in military
rank of the 71st Infantry Brigade
(Airborne) should be certified by
the Adjutant General for member-
ship on the Texas National Guard
Armory Board, pursuant to the pro-
visions of Article 5931-1, Vernon's
Civil Statutes."

Under the facts submitted by you, the highest
ranking officer of the 72nd Infantry Brigade is Brigadier
General D. A. Thompson.  Since the Commanding General of
the 71st Infantry Brigade is ineligible to serve as a mem-
ber of the Texas National Guard Armory Board, the next
highest ranking officer of the 71st Infantry Brigade is
Colonel Lewis E. Bracy, Jr., and the highest ranking of-
ficer of the Texas Air National Guard is Colonel Charles
A. Francis.

Since Article 5931-1 requires the Texas Nation-
al Guard Armory Board to be composed of these officers,
it is our opinion that vacancies were created by the change
of the commanding officers which occurred as a result of
the reorganization of units of the Texas National Guard.
Therefore, you are advised, under the facts submitted,
that the above mentioned highest ranking officers are the
officers eligible to serve at the present time on the Texas
National Guard Armory Board.

S U M M A R Y

Under the facts submitted, the highest
ranking officers eligible for membership
on the Texas National Guard Armory Board are
Brigadier General D. A. Thompson, Command-
ing General, 72nd Infantry Brigade, Colonel
Lewis E. Bracy, Jr., Executive Officer, 71st
Infantry Brigade, and Colonel Charles A.
Francis, Texas Air National Guard.

Lt. Col. Harry B. Kelton, page 4, (M-210)

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
Kerns Taylor, Co-Chairman
W. V. Geppert
John Banks
Larry Craddock
Pat Cain

EXECUTIVE ASSISTANT
A. J. CARUBBI, JR.